UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61973-KMW

Victor Crawford,

    Plaintiff,

v.

Experian Information Solutions, Inc.,
Equifax Information Services, LLC, ,and
Trans Union, LLC

    Defendants.
_____/

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S**
<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**</u>

**PLEASE TAKE NOTICE** that Mackenzie J. Guardazzi of the law firm of Jones Day hereby gives notice of appearance in this case on behalf of Defendant, Experian Information Solutions, Inc., and requests service of all notices, pleadings, and other papers filed or served in this case as required by the Federal Rules of Civil Procedure or by order of the Court.

Dated: October 1, 2021

    Respectfully submitted,

<u>/s/ *Mackenzie J. Guardazzi*</u>
Mackenzie J. Guardazzi
Florida Bar No. 1026564
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Fax: (305) 714-9799
Email: mguardazzi@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2021, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Mackenzie J. Guardazzi*
Mackenzie J. Guardazzi

*Attorney for Defendant*
*Experian Information Solutions, Inc.*
