**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No.: 0:21-cv-61973-KMW

VICTOR CRAWFORD,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
TRANS UNION, LLC,

    Defendants.

_____/

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Victor Crawford and Defendant Experian Information Solutions, Inc., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: January 31, 2022

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Graziella Michelle Pastor |
| **Jibrael S. Hindi, Esq.** | **Graziella Michelle Pastor, Esq.** |
| Florida Bar No.: 118259 | Email: gpastor@jonesday.com |
| E-mail:jibrael@jibraellaw.com | **Mackenzie Jean Guardazzi, Esq.** |
| **Thomas J. Patti, Esq.** | Email: mguardazzi@jonesday.com |
| Florida Bar No.: 118377 | Jones Day |
| E-mail:tom@jibraellaw.com | 495 Brickell Ave |
| The Law Offices of Jibrael S. Hindi | Apt. 2111 |
| 110 SE 6th Street, Suite 1744 | Miami, FL 33131 |
| Fort Lauderdale, Florida 33301 | Phone:786-493-2958 |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |